IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANDY MORNINGSTAR | : 2002 AUG 22 P 3: 57 |
| Plaintiff | : |
| v. | : Case No.: MJ602CV31 |
| JERA D. ORYE A/K/A JERA WEISTER | : |
| Defendant | : |
| | : |

### ORDER

UPON CONSIDERATION of Defendant, Jera D. Orye a/k/a Jera Weister's, Consent Motion to Modify the Scheduling Order, with the Consent of Plaintiff, good cause having been shown, it is this _22__ day of _Aug_____, 2002 by the United States District Court for the District of Maryland,

ORDERED that the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| Discovery deadline; submission of status report | December 18, 2002 |
| Requests for admission | December 25, 2002 |
| Dispositive pretrial motions deadline | January 19, 2003 |

_____
William M. Nickerson
United States District Judge

LAW OFFICES
McCARTHY WILSON
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

