IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANDY MORNINGSTAR | : | |
| Plaintiff | : | |
| v. | : | Case No.: MJG-02-31 |
| JERA D. ORYE A/K/A JERA WEISTER | : | |
| | : | |
| Defendant | : | |
| | : | |

### ORDER

UPON CONSIDERATION of Defendant, Jera D. Orye a/k/a Jera Weister's, Consent Motion to Modify the Scheduling Order, with the Consent of the Plaintiff, good cause having been shown, it is this _12th_ day of _November_, 2002 by the United States District Court for the District of Maryland, Northern Division, hereby

ORDERED that the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| Discovery deadline; submission of status report | March 18, 2003 |
| Requests for admission | March 25, 2003 |
| Dispositive pretrial motions deadline | April 29, 2003 |

Marvin J. Garbis
United States District Judge