

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**
**410-962-7700**

December 18, 2002

TO ALL COUNSEL OF RECORD

Re: <u>Morningstar v. Weister</u>, MJG-02-31

Dear Sir/Madam:

I have asked my secretary to schedule a brief hearing on the pending Motion for Protective Order.  I believe that this can be held by telephone conference call to avoid your having to travel here.

I need the hearing in order to obtain clarification of the following as well as other matters that may arise in the course of the hearing:

1. Is Plaintiff limiting her non-economic damage claim to the physical pain caused by the injury and, thus, excluding any claim that would relate to her mental health situation?

2. On what basis is Defendant not entitled to data regarding Plaintiff's physical medical history reflected in the records submitted?  See, for example, the first paragraph of "Medical History" on the first page of the records.

3. What is the nature of Plaintiff's claim for damages for lost income and lost earning capacity? How would a mental health problem not be relevant to a claim based on Plaintiff's projected income absent the injury from the accident at issue?

4. What are the parties respective positions regarding the accident at issue?



COUNSEL OF RECORD
December 18, 2002
Page No. 2


        I look forward to hearing from counsel.


                              Yours truly,

                              Marvin J. Garbis
                         United States District Judge


CC: Clerk of Court