FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 31 P 4:02

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MANDY MORNINGSTAR             *

      Plaintiff            *

      vs.                  * CIVIL ACTION NO. MJG-02-31

JERA D. ORYE a/k/a JERA WEISTER *

      Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated on the record of proceedings held in this matter on this date:

1. Plaintiff's Motion for a Protective Order is DENIED.

2. Plaintiff shall produce the records at issue to Defendant's counsel within ten days of this Order.

3. Defendant's counsel shall be subject to the following conditions:

    a. The documents shall be used only for the instant case.

    b. The documents shall be disclosed only in the course of proceedings herein and to counsel of record and expert witnesses.

SO ORDERED this 31st day of January, 2003.

                                _____
                                Marvin J. Garbis
                         United States District Judge