IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANDY MORNINGSTAR                    :

      Plaintiff                     :

v.                                   : Civil Action No.: MJ60231

JERA D. ORYE A/K/A JERA  WEISTER    :

      Defendant                     :

<u>COUNSELS' STATUS REPORT TO THE COURT</u>

COME NOW the Plaintiff and the Defendant, by their respective counsel, pursuant to the Court's Scheduling Order to report regarding the status of the civil action captioned above.

1.  <u>Completion of Discovery</u>

The parties have completed discovery and do not anticipate the need for any further discovery depositions.  It is anticipated that evidentiary depositions would be needed in advance of trial.

2.  <u>Pending Motions</u>

No motions are pending at this time.

3.  <u>Dispositive Motions</u>

The parties do not anticipate the filing of dispositive motions.

4.  <u>Trial</u>

The trial is to be by jury and it is anticipated the trial will require two days.

5.  <u>Settlement Conferences</u>

The parties have had settlement discussions occasionally. Plaintiff is preparing a demand to forward to the Defendant now that discovery has been completed.

6.  <u>ADR</u>

Plaintiff and her counsel believe ADR or a settlement conference is appropriate for this civil action.

6.  <u>28 U.S.C. §636(e)</u>

Both parties agree to the assignment of a Magistrate Judgment to this civil action for trial.

Respectfully submitted,

HAMMER, FERRETTI & SCHIAVONI


By: _____/s/_____
    Joseph R. Ferretti  #25914
    408 West King Street
    Martinsburg, WV 25401
    (304) 264-8505
    (signed by Donna E. McBride
     with permission of
     Joseph R. Ferretti)

LAW OFFICES OF LAUREN CLINGAN


By:_____/s/_____
  Lauren Clingan  #06971
  Shepherdstown, WV 25410
  (304) 876-8754
  (signed by Donna E. McBride
  with permission of
  Lauren Clingan)

Counsel for Plaintiff


  McCARTHY WILSON


  By:_____/s/_____
   Donna E. McBride #14148
   100 South Washington Street
   Rockville, Maryland 20850
   (301) 762-7770
   Attorney for Defendant