IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANDY MORNINGSTAR           :

    Plaintiff           :

vs.                         :   Civil Action NO. MJ602CV31

JERA D. ORYE A/K/A          :
JERA WEISTER               :

    Defendant           :

<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

TO THE CLERK OF THE COURT:

You will please mark the above-captioned case as "**SETTLED AND DISMISSED WITH PREJUDICE**" as to all claims against all parties pursuant to <u>Maryland Rule of Civil Procedure 2-506(a)</u>.

        Respectfully submitted,

        HAMMER, FERRETTI & SCHIAVONI


        By:_____/s/_____
          Joseph R. Ferretti   #25914
          408 West King Street
          Martinsburg, West Virginia 25401
          (304) 264-8505

```
                              LAW OFFICES OF LAUREN CLINGAN


                              By:      /s/
                                 Lauren Clingan    #06971
                                 P.O. Box 3612
                                 Shepherdstown, West Virginia 25443
                                 (304) 876-8754

                              Attorneys for Plaintiff

                              McCARTHY WILSON


                              By:      /s/
                                 Donna E. McBride   #14148
                                 100 South Washington Street
                                 Rockville, Maryland 20850
                                 (301) 762-7770
                                 Attorneys for Defendant
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2004 a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed, postage prepaid to:

Joseph R. Ferretti, Esquire
408 West King Street
Martinsburg, WV 25401

Lauren Clingan, Esquire
P.O. Box 3612
Shepherdstown, WV 25443

```
                                       /s/
                              Donna E. McBride
```